UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 0 6 2007
J. T. NOBLIN, CLERK
BY_____DEPUTY

In re: INDUSTRIAL LIFE INSURANCE          MDL  NO. 1371 and
LITIGATION                                 consolidated MDLs

5:04cv55

ELDORA BURKES                              CIVIL ACTION 04-2262

    v.

LIFE INSURANCE COMPANY OF GEORGIA          SECTION "F"


ORDER

All proceedings that can be conducted for Civil Action Number 04-2262 have been conducted. Accordingly, IT IS ORDERED: that Civil Action Number 04-2262 be returned to the transferor court for any further proceedings.


New Orleans, Louisiana, June 27, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY
JUN 28 2007
_____
Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.